ESTELLE BROCKMAN, Respondent, *v.* GUSTAVE BEYER, Appellant.

*Negligence — nuisance — pedestrian injured by slipping on smooth coal hole cover — when question as to maintenance of nuisance for jury.*

Brockman v. Beyer, 195 App. Div. 936, affirmed.
(Argued March 13, 1922; decided April 18, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1921, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that plaintiff, while walking on the sidewalk in front of defendant's premises, slipped on a coal hole cover which had been worn smooth and falling received the injuries complained of. The

Appellate Division held that there was a question for the jury as to the maintenance of a nuisance.

*Robert P. Beyer* for appellant.

*Mordecai P. Springer* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.